No. 81–6606. FRANCOIS *v.* FLORIDA, 458 U. S. 1122; and
No. 82–120. GREYHOUND LINES, INC. *v.* TRAILWAYS, INC., ET AL., *ante,* p. 862. Petitions for rehearing denied.

No. 81–5243. COTNER *v.* OKLAHOMA, 454 U. S. 1100. Motion for leave to file petition for rehearing denied.

NOVEMBER 2, 1982

No. 82–243. IMMIGRATION AND NATURALIZATION SERVICE *v.* PEREZ ET UX. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

NOVEMBER 8, 1982

No. 82–284. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. Affirmed on appeal from C. A. D. C. Cir.